IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:16-CV-0694-C |

## JUDGMENT

On this date the Court granted the Motion for Summary Judgment filed by Defendant, United of Omaha Life Insurance Company. The following judgment is, therefore, entered:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Robert Ramirez, take nothing as against Defendant, United of Omaha Life Insurance Company. Costs of court are taxed against Plaintiff.

Dated this 21st day of October, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE